# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 23, 2020

## NO. 03-19-00359-CV

**Theodore Reese Kerr, Jr., Individually; and
Cowpuncher Investments. LLC d/b/a Cowpuncher Services, Appellants**

**v.**

**Robert W. Lambert and Linda C. Lambert, Appellees**

### APPEAL FROM THE 33RD DISTRICT COURT OF SAN SABA COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND KELLY
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on February 11, 2019. Having

reviewed the record and the parties' arguments, the Court holds that there was no reversible error

in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all

costs relating to this appeal, both in this Court and in the court below.